IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAMIEN WESBY**                                                                                       **PLAINTIFF**

v.                              No. 3:16-cv-235-DPM

**GLOBE MANUFACTURING
COMPANY, LLC and JOHN DOES,
A-Z, Unknown Defendants**                                                              **DEFENDANTS**

ORDER

1. Globe's motion, № 14, is denied without prejudice. Please follow the procedure outlined in the Final Scheduling Order, № 12 at 3, for discovery disputes.

2. The parties have also emailed chambers with a dispute about a proposed protective order. Do not submit competing orders. An agreed proposed order is best; but if one cannot be agreed upon, then please follow the discovery-dispute procedure on that issue too.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2017