IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAMIEN WESBY                                                    PLAINTIFF

v.                         No. 3:16-cv-235-DPM

GLOBE MANUFACTURING COMPANY, LLC;
and CASCO INDUSTRIES, INC.                                    DEFENDANTS

## ORDER

1. The Court is attaching working drafts of its (1) *voir dire* and (2) preliminary instructions. Objections are due by noon on 4 April 2019.

2. Wesby's lawyers have informally advised the Court that Wesby will not attend the entire trial. To decide whether this issue should be covered in *voir dire*, and if so, by whom, the Court needs to know the details. Why will Wesby be absent? When? Wesby must provide these details by notice filed by 4 April 2019.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 April 2019