# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DAMIEN WESBY                                                    PLAINTIFF

v.                              No. 3:16-cv-235-DPM

GLOBE MANUFACTURING COMPANY, LLC;
and CASCO INDUSTRIES, INC.                          DEFENDANTS

## ORDER

The Court is attaching its working drafts of (1) the final instructions and (2) verdict.

A few points about the instructions. First, these are tentative. We'll work on them throughout trial. The Court looks forward to the parties' suggestions, alternatives, and arguments. Second, the Court has used the parties' submissions, and the Arkansas Model Civil Instructions, with revisions for simplicity and clarity. Where possible, the Court has used the parties' names. Many proposed instructions (especially on negligence and fault) have been combined. The most significant change is architectural—the ordering. It's now elements first, then details. Third, the Court has tried to be over-inclusive at this point. The draft, for example, is heavy on duty. How much of this is needed will present questions of law for the Court after the proof is in. Last, there's an addition on expert testimony.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

*2 April 2019*