# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAMIEN WESBY**                                          **PLAINTIFF**

v.                       **No. 3:16-cv-235-DPM**

**GLOBE MANUFACTURING COMPANY, LLC;**
**CASCO INDUSTRIES, INC.; and**
**JOHN DOES B–Y, Unknown Defendants**     **DEFENDANTS**

## JUDGMENT

**1.** Wesby's claims against the John Doe defendants are dismissed without prejudice.

**2.** Wesby, Globe, and Casco tried this case to a twelve-person jury from 8 April 2019 to 12 April 2019. After deliberations on April 12th, the jury returned a unanimous verdict, № 116, which is incorporated. The Court enters judgment on the verdict for Damien Wesby against Casco Industries, Inc. for $937,500. That amount reflects the damages awarded ($1,500,000), less a 37.5% reduction ($562,500) for the fault apportioned to Wesby. Both of Wesby's claims against Globe Manufacturing Company, LLC are dismissed with prejudice. Postjudgment interest will accrue at 2.43% per annum from today's date until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b). Wesby is also entitled to his costs as allowed by law, which the Court may later

award. 28 U.S.C. § 1920; FED. R. CIV. P. 54(d). Any motion for costs due by 30 April 2019.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2019