# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DAMIEN WESBY                                                PLAINTIFF

v.                      No. 3:16-cv-235-DPM

GLOBE MANUFACTURING COMPANY, LLC;
and CASCO INDUSTRIES, INC.                                  DEFENDANTS

## ORDER

For the reasons stated on the record at 8 July 2019 hearing, the Court made the following rulings.

- Globe's motion for costs, № 120, is partly granted and partly denied.

- Wesby's motion for costs, № 121, is partly granted and partly denied.

- Wesby's motion to alter or amend the judgment, № 125, is denied.

- Wesby's motion for new trial, № 127, is denied.

The Court will enter a separate order soon with the details about costs.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2019